**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-153-FDW-DCK**

| | |
|---|---|
| SALEH SHAIBAN; FATIMA MUTHANA; ASEEL SHAIBAN; TAHANI SHAIBAN; SAEED SHAIBAN; AMIN SHAIBAN; and AKRAM SHAIBAN; <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, SECRETARY OF, DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF HOMELAND SECURITY; LEE CISSNA, Director of, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 2) filed by Andres Lopez, concerning Julie A. Goldberg on March 27, 2018. Ms. Julie A. Goldberg seeks to appear as counsel *pro hac vice* for Plaintiffs Saleh Shaiban, Fatima Muthana, Aseel Shaiban, Tahani Shaiban, Saeed Shaiban, Amin Shaiban, and Akram Shaiban. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 2) is **GRANTED.** Ms. Julie A. Goldberg is hereby admitted *pro hac vice* to represent Plaintiffs Saleh Shaiban, Fatima Muthana, Aseel Shaiban, Tahani Shaiban, Saeed Shaiban, Amin Shaiban, and Akram Shaiban.

**SO ORDERED**.

Signed: March 28, 2018

David C. Keesler
United States Magistrate Judge