UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00153-FDW-DCK

| | | |
|---|---|---|
| SALEH SHAIBAN,<br>FATIMA MUTHANA,<br>ASEEL SHAIBAN,<br>TAHANI SHAIBAN,<br>SAEED SHAIBAN,<br>AMIN SHAIBAN, and<br>AKRAM SHAIBAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>L. FRANCIS CISSNA, Director of U.S. Citizenship and Immigration Services, KIRSTJEN NIELSEN, Secretary of Department of Homeland Security, and DEPARTMENT OF HOMELAND SECURITY<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |

THIS MATTER is before the Court on Plaintiffs' Motion for Extension of Time to Amend the Complaint. (Doc. No. 17). According to this Court's standing orders,

> Any motion to extend the foregoing time and/or word limitations shall be filed immediately upon counsel learning of the need for the same and <u>in any event no fewer than three (3) business days in advance of the filing deadline sought to be modified.</u>

<u>See</u> Standing Order Governing Civil Case Management Before the Honorable Frank D. Whitney, Misc. No. 3:07-mc-00047 (Doc. No. 2-4, p. 4–5). Plaintiffs had until March 22, 2019 to file an amended complaint in this case. (Doc. No. 16). Plaintiffs state that they were unable to comply with the deadline because lead counsel was out of the country and other counsel were engaged in

1

other matters. (Doc. No. 17, p. 2). However, Plaintiffs made no efforts to notify the Court of these anticipated conflicts, and Plaintiffs waited until 7:30 p.m. on the date of the deadline to file the present motion for an extension. **<u>The Court hereby puts Plaintiffs on notice that in the future, motions for extension must be made within the deadlines laid out in this Court's standing orders when the need for such an extension is apparent well ahead of the deadline.</u>**

The Court hereby GRANTS Plaintiffs' Motion for Extension. (Doc. No. 17). Plaintiffs will have until April 5, 2019 to file an amended complaint in this case.

IT IS SO ORDERED.

Signed: March 25, 2019

_____
Frank D. Whitney
Chief United States District Judge