UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00153-FDW-DCK

| | |
|---|---|
| SALEH SHAIBAN, <br> FATIMA MUTHANA, <br> ASEEL SHAIBAN, <br> TAHANI SHAIBAN, <br> SAEED SHAIBAN, <br> AMIN SHAIBAN, and <br> AKRAM SHAIBAN, <br><br> Plaintiffs, <br><br> vs. <br><br> L. FRANCIS CISSNA, Director of U.S. Citizenship and Immigration Services, <br> KIRSTJEN NIELSEN, Secretary of Department of Homeland Security, and <br> DEPARTMENT OF HOMELAND SECURITY <br><br> Defendants. | ORDER |

THIS MATTER is before the Court on Defendants' Motion to Dismiss for Failure to State a Claim, Motion to Dismiss for Lack of Jurisdiction. (Doc. No. 7). As noted in this Court's order dated March 8, 2019, the issues in this case have changed significantly, (Doc. No. 16), and Plaintiffs have expressed their intent to file an Amended Complaint in this matter. (Doc. No. 17). Defendants' Motion to Dismiss, (Doc. No. 7), is therefore DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Signed: March 25, 2019

Frank D. Whitney
Chief United States District Judge