# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-153-FDW-DCK

| | |
|---|---|
| SALEH SHAIBAN, )<br>)<br>**Plaintiff**, )<br>)<br>v. )<br>)<br>KEVIN K. McALEENAN, Acting Secretary )<br>of the Department Of Homeland Security; )<br>DEPARTMENT OF HOMELAND )<br>SECURITY; MARK KOUMANS, Acting )<br>Director of the U.S. Citizenship and )<br>Immigration Services, )<br>)<br>**Defendants**. )<br>) | **ORDER** |

**THIS MATTER BEFORE THE COURT** on "Defendants' Motion To Stay Requirement For Initial Attorneys' Conference" (Document No. 65) filed July 6, 2020. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

The undersigned notes that a response to the instant motion was due by July 20, 2020; to date no response has been filed.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Stay Requirement For Initial Attorneys' Conference" (Document No. 65) is **GRANTED**. The parties shall conduct an Initial Attorneys' Conference within **fourteen (14)** days of the Court's ruling on the "… Partial Motion To Dismiss …" (Document No. 55).

**SO ORDERED**.

Signed: July 22, 2020

David C. Keesler
United States Magistrate Judge