# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Saleh Shaiban, et al**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00153-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Mark Koumans, et al**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 7, 2021 Order.

July 7, 2021

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court